**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **In re:** § | **Chapter 7** |
| **ALEXANDER E. JONES,** § | **Case No. 22-33553 (CML)** |
| **Debtor.** § | |
| **CHRISTOPHER R. MURRAY,** § | |
| **CHAPTER 7 TRUSTEE,** § | |
| **Plaintiff,** § | |
| **v.** § | **Adv. Pro. No. 25-03421** |
| **ERIKA WULFF JONES, DAVID R. JONES, INDIVIDUALLY, AND DAVID R. JONES, AS TRUSTEE OF THE ALEXANDER E. JONES DESCENDANT AND BENEFICIARY TRUST.** § | |
| **Defendants.** § | |

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Defendants Defendant David R. Jones Individually ("Jones") and David R. Jones, as Trustee of the Alexander E. Jones Descendant and Beneficiary Trust ("Trust"), by and through below undersigned counsel, respectfully file this Notice of Substitution of Counsel:

**REQUEST TO SUBSTITITE COUNSEL**

1.     The Defendants Jones and the Trust have been represented in this Adversary Proceeding by Alan Daughtry and Robin M. Ziek.  The engagements of Mr. Daughtry and Ms. Ziek have been terminated by Jones and the Trust.  Neither Mr. Daughtry nor Ms. Ziek oppose the requested substitution of counsel by

1

the Defendants.

2.      Defendants have requested that Vincent Slusher, The Law Office of Vincent Slusher, substitute as counsel or record for the Defendants in the above adversary proceeding.

3.      Defendants consent to the withdrawal of Mr. Daughtry and Ms. Ziek as counsel for Defendants.

4.      Slusher requests notice of all pleadings, hearings and other matters in this case pursuant to Fed. R. Bankr. P. 2002, 3011, 3017, 9007 and 9010, Bankruptcy Code section 1109(b) and Local Bankruptcy Rule 1001-1. Notices should be transmitted as follows: Slusher requests notice of all pleadings, hearings and other matters in this case pursuant to Fed. R. Bankr. P. 2002, 3011, 3017, 9007 and 9010, Bankruptcy Code section 1109(b) and Local Bankruptcy Rule 1001-1. Notices should be transmitted as follows:

Vincent P. Slusher
2121 N. Akard St., Suite 250
Dallas, Texas 75201
(214) 478-5926
vince.slusher@proton.me.

Dated May 10, 2026.

s/Vincent Slusher
Vincent P. Slusher
Texas Bar No. 00785480
**Law Office of Vincent P. Slusher**
2121 N. Akard Street, Suite 250
Dallas, Texas 75201
214-478-5926

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on May 10, 2026, a true and correct copy of the foregoing document was electronically filed and served via CM/ECF on all parties that have entered an appearance and requested service in the above referenced case.


/s/ Vincent P. Slusher
VINCENT P. SLUSHER